UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al.,
         Plaintiff(s),                       Index No. 08 CIV. 03350 (DAB)

    -against-                                AFFIDAVIT OF SERVICE

TRI CONSTRUCTION MANAGEMENT CORP.
and MICHAEL MCMAHON,
         Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK  )
                 S.S.:
COUNTY OF NEW YORK)



U.S.D.C. S.D. N.Y.
CASHIERS

     NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 8th day of May 2008, at approximately 5:10 p.m., deponent served a true copy of the **AMENDED COMPLAINT** upon Michael McMahon at 113 Drexel Avenue, Melville, NY 11747, by personally delivering and leaving the same with Michael McMahon at that address. At the time of service, deponent asked Michael McMahon whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

     Michael McMahon is a white male, approximately 48 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 170 pounds with brown/gray hair and blue eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
12th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___08