BROWN & GROPPER, LLP
Lawrence R. Lonergan, Esq. (LL-4744)
Of Counsel
275 Seventh Avenue, 25th Floor
New York, NY 10001
(212) 366-4600
LLonergan1@aol.com

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MASON TENDERS DISCTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and         08 Civ. 03350 (DAB)
JOHN J. VIRGA, in his fiduciary capacity as Director,

        Plaintiffs,

    - against -                                   RULE 7.1
            <u>STATEMENT</u>
TRI M CONSTRUCTION MANAGEMENT CORP.
and MICHAEL MCMAHON,

        Defendants.
-------------------------------------------------------------------X

   Defendant TRI M CONSTRUCTION MANAGEMENT CORP., by its undersigned attorney, pursuant to Fed. R. Civ. P. 7.1 hereby identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

   1.  There is no such corporation.

Dated: June 11, 2008
   New York, New York

          **BROWN & GROPPER, LLP**
          **Attorneys for Defendants**

          _____
          **Lawrence R. Lonergan, Esq. (LL-4744)**
          **Of Counsel**
          **275 Seventh Avenue, 25th Floor**
          **New York, NY 10001**
          **(212) 366-4600**
          **LLonergan1@aol.com**

**GORLICK, KRAVITZ & LISTHAUS, P.C.**
**Michael J. Vollbrecht, Esq.**
**17 State Street, 4th Floor**
**New York, NY 10004**
**(212) 269-2500**

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Rule 7.1 Statement was caused to be served upon GORLICK, KRAVITZ & LISTHAUS, P.C., attorneys for Plaintiff, 17 State Street, 4th Floor, New York, NY 10004 enclosing said documents in a postpaid sealed wrapper properly addressed to said attorneys and depositing same in an official depositary under exclusive care and custody of the United States Postal Service within New York State, this 10th day of June, 2008.

                                                        _____
                                                        Lawrence R. Lonergan [LL-4744]